IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN DIXON,

    Petitioner,                                   No. 2:09-cv-1653 JFM (HC)

    vs.

WARDEN OF CMF VACAVILLE, et al.,

    Respondents.                                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Riverside County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

    1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1

1    2. This matter is transferred to the United States District Court for the Central
2  District of California.
3  DATED: June 23, 2009.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE

7  /kly;001
   dixo1653.108